E-FILED
Thursday, 18 February, 2021  01:24:54 PM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>**DRAKKAR BOYD**<br><br>*Defendant* | )<br>)  Case No.  2:15-CR-59<br>)<br>)<br>)<br>) |

US MARSHALS SERVICE N/IN
SEP 18 2020 12:09

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DRAKKAR BOYD ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   VIOLATIONS OF CONDITIONS OF SUPERVISION

Date:   09/17/2020

/s/ Robert N. Trgovich (jat)
*Issuing officer's signature*

Robert N Trgovich, Clerk
*Printed name and title*

City and state:   Hammond, Indiana

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

INN – PS 8 - W  
Rev. 04/12

# UNITED STATES DISTRICT COURT
## For
## Northern District of Indiana

US MARSHALS SERVICE N/IN  
SEP 18 2020 12:09

U.S.A. vs __Drakkar Boyd__                                    Docket No.   __2:15CR00059-001__

### Petition for Action on Conditions of Pretrial Release

    COMES NOW PRETRIAL SERVICES OFFICER Rue A. Pattison presenting an official report upon the conduct of defendant Drakkar Boyd who was placed under pretrial release supervision by the Honorable Joshua Kolar sitting in the Court at Hammond, Indiana on July 30, 2020.

    The defendant is alleged to have violated the following condition(s):

**Pretrial Condition:** Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities approved in advance by the pretrial services officer or supervising officer.

**Violation #1:** On or about August 10, 2020, the defendant left his residence without authorization from 02:03-02:16.

**Violation #2:** On or about August 22, 2020, the defendant left his residence without authorization from 21:45-21:55.

**Violation #3:** On or about August 24, 2020, the defendant left his residence without authorization from 04:05-05:56.

**Violation #4:** On or about August 25, 2020, the defendant left his residence without authorization from 19:22-19:30 and again from 20:52-21:05.

**Pretrial Condition:** The defendant shall submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

**Violation #1:** According to the Location Monitoring Program Participant Agreement, the probation office uses telephone calls and personal visits to monitor compliance. On or about August 24, 2020, August 25, 2020, and August 26, 2020, the defendant's probation officer attempted to contact him by telephone but was unable to speak with him or leave a message.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT FOR CAUSE AS FOLLOWS:

*(If short insert here; if lengthy write on separate sheet and attach)*

In addition to the violations in this report, on September 17, 2020, the Location Monitoring Specialist / USPO Noah Lauby received an alert notification at 03:49 that the defendant's location monitoring receiver had moved. At that time, Location Monitoring Specialist / USPO Noah Lauby called the defendant who explained that he had gotten into an argument with his girlfriend and she kicked him out of her home. He reported that he was returning to his old residence at 3822 Ontario Court, Apartment 3, in East Chicago, Indiana. At 03:49, Sade Talley, the defendant's child's mother, texted USPO Rue Pattison stating that she made the defendant leave her home after he had been drinking heavily, taking "drugs, pills, etc." and being physically abusive. The defendant then sent a text to USPO Pattison at 05:09 stating that he and Ms. Talley had "gotten into it" and that she asked him to leave.

    PRAYING THAT THE COURT WILL ORDER a warrant.

**ORDER OF THE COURT**

Considered and ordered this __17th__ day of __September__, 20__20__ and ordered filed and made part of the records in the above case.

/s/Joshua P. Kolar
United States District Judge / Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2020

/s/Rue A. Pattison
United States Pretrial Services Officer

Place: Hammond, Indiana